PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James Tyler                                              Cr.: 03-CR-603

Name of Sentencing Judicial Officer: The Honorable Stanley R. Chesler

Date of Original Sentence: 8/2/2004

Original Offense: Possession and Affecting Commerce of a Firearm, in violation of Title 18: U.S.C.§ 922(g)(1) & 2

Original Sentence: 46 months imprisonment, followed by 3 years supervised release with special conditions for drug testing and treatment, financial disclosure and to pay a $2,000 fine and $100 Special Assessment

Type of Supervision: Supervised Release                     Date Supervision Commenced: 11/14/06

Assistant U.S. Attorney: James Hoffman                      Defense Attorney: Brian Reilly

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
--- | ---
1 | The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of any change of residence or employment.**' On May 30, 2007, the undersigned attempted to see the offender at his address of record, 737 Stuyvesant Ave, Apt 1, Trenton, New Jersey. I was informed by the occupant, Ms. Diana Hodges (also the mother of one of the offender's children) that the offender moved out two months prior and she did not know where he was residing or how to reach him. The offender has never reported a change of address to the probation office. The offender's cellular telephone was disconnected in May, 2007. The offender was last seen at 737 Stuyvesant on April 17, 2007. His current whereabouts and circumstances are unknown.

PROB 12C - Page 2
James Tyler

2      The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**' The offender was enrolled in the Code-A-Phone random drug testing program at the New Horizons Treatment Center on February 15, 2007. This program requires the offender to call in daily to determine when he must appear to submit to drug testing. The offender failed to appear for drug testing on March 7, 2007, March 8, 2007, and March 15, 2007. On March 27, 2007, the offender was issued a written reprimand for failing to appear for drug testing as require. The offender again failed to appear for drug testing as required on May 1, 2007, May 4, 2007, and May 17, 2007.

3      The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' The offender commenced this term of supervised release on November 14, 2006, and has submitted no monthly supervision reports to date.

I declare under penalty of perjury that the foregoing is true and correct.

By: Steven Alfrey
U.S. Probation Officer
Date: 6/8/07

---

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

6/25/07
Date