UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler, U.S.D.J. |
| v. | : | Crim. No. 03-603 |
| JAMES TYLER | : | ORDER |

This matter having been opened to the Court by the United States (Ralph J. Marra, Jr., Acting United States Attorney, by Philip James Degnan, Assistant U.S. Attorney, appearing), for an Order revoking defendant James Tyler's supervised release, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that supervised release should be revoked for the following reasons:

1. On or about November 14, 2006, defendant James Tyler was released from the custody of the Federal Bureau of Prisons and began a three-year term of supervised release pursuant to the Judgment of this Court dated August 6, 2004.

2. On July 9, 2009, in the presence and with the advice of counsel, defendant James Tyler admitted to failing to notify the U.S. Probation Office of his change in residence, failing to appear for multiple drug tests, and failing to submit required monthly reports to the U.S. Probation Office.

WHEREFORE, it is on this ___ day of July, 2009,

ORDERED that defendant James Tyler's original term of supervised release, which was imposed pursuant to a Judgment of this Court dated August 6, 2004, be and is hereby revoked;

IT IS FURTHER ORDERED that defendant James Tyler shall be sentenced to a term of imprisonment of time served;

IT IS FURTHER ORDERED that, upon release from imprisonment, defendant James Tyler shall be placed on supervised release for a term of two (2) years to commence as of the date of the execution of this Order;

IT IS FURTHER ORDERED that defendant James Tyler shall seek and maintain employment and comply with the additional terms of supervised release contained in the Judgment of this Court dated August 6, 2004; and

IT IS FURTHER ORDERED that defendant James Tyler may reside in the Philadelphia, Pennsylvania area pending the transfer of his supervision to the Eastern District of Pennsylvania.

HON. STANLEY R. CHESLER
United States District Judge