UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Stanley R. Chesler, U.S.D.J.

v. : Crim. No. 03-603

JAMES TYLER : <u>ORDER</u>

This matter having been opened to the Court by the United States (Paul J. Fishman, United States Attorney, by Philip James Degnan, Assistant U.S. Attorney, appearing), for an Order continuing defendant James Tyler's existing term of supervised release with the addition of at least one special condition, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that supervised release should be continued with an additional special condition that defendant be confined to a halfway house for three months for the following reasons:

1. On or about November 14, 2006, defendant James Tyler was released from the custody of the Federal Bureau of Prisons and began a three-year term of supervised release pursuant to the Judgment of this Court dated August 6, 2004.

2. On or about July 22, 2009, defendant James Tyler admitted to a violation of his conditions of supervised release. As a result, the Court vacated his original term of supervised release, sentenced defendant Tyler to time served, and imposed a new, 24-month term of supervised release.

3. On March 30, 2010, in the presence and with the advice of counsel, defendant James Tyler admitted to failing to obtain employment and failing to attend mandated employment counseling seminars run by the U.S. Probation Office in violation of his terms of supervised release imposed on or about July 22, 2009.

WHEREFORE, it is on this 31 day of March, 2010,

ORDERED that defendant James Tyler's term of supervised release, which was imposed pursuant to a Judgment of this Court dated on or about July 22, 2009, remains in full force and effect;

IT IS FURTHER ORDERED that an additional special condition of supervised release shall be imposed, requiring defendant James Tyler to be confined to a halfway house for a period of three (3) months.

_____
HON. STANLEY R. CHESLER
United States District Judge