UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler, U.S.D.J. |
| v. | : | Crim. No. 03-603 |
| JAMES TYLER | : | ORDER |

This matter having been opened to the Court by the United States (Paul J. Fishman, United States Attorney, by Philip James Degnan, Assistant U.S. Attorney, appearing), for an Order revoking defendant James Tyler's supervised release, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that supervised release should be revoked for the following reasons:

1. On or about November 14, 2006, defendant James Tyler was released from the custody of the Federal Bureau of Prisons and began a three-year term of supervised release pursuant to the Judgment of this Court dated August 6, 2004.

2. On or about July 22, 2009, defendant James Tyler admitted to a violation of his conditions of supervised release. As a result, the Court vacated his original term of supervised release, sentenced defendant Tyler to time served, and imposed a new, 24-month term of supervised release.

3. On March 30, 2010, in the presence and with the advice of counsel, defendant James Tyler admitted to failing to obtain employment and failing to attend mandated employment counseling seminars run by the U.S. Probation Office in violation of his terms of supervised release imposed on or about July 22, 2009. As a result of that plea, this Court continued Mr. Tyler's previously imposed term of supervised release, but added a special condition that Mr. Tyler was to reside in a halfway house for a term of three months.

4.  On July 9, 2010, in the presence and with the advice of counsel, defendant James Tyler admitted to failing to report to U.S. Probation Office in the Eastern District of Pennsylvania on two occasions in May 2010.

WHEREFORE, it is on this __7__ day of September, 2010,

ORDERED that defendant James Tyler's term of supervised release, which was imposed pursuant to a Judgment of this Court dated July 22, 2009, be and is hereby revoked;

IT IS FURTHER ORDERED that defendant James Tyler shall be sentenced to a term of imprisonment of one (1) day;

IT IS FURTHER ORDERED that, upon release from imprisonment, defendant James Tyler shall be placed on supervised release for a term of three years to commence as of the date of the execution of this Order;

IT IS FURTHER ORDERED that defendant James Tyler shall refrain from the commission of any other criminal offenses and shall advise the U.S. Probation Office, District of New Jersey of any change in his residential address during that three-year period; and

IT IS FURTHER ORDERED that defendant James Tyler's three-year term of supervised release shall be low intensity or without reporting requirements.

HON. STANLEY R. CHESLER
United States District Judge