UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler, U.S.D.J. |
| v. | : | Crim. No. 03-603 |
| JAMES TYLER | : | <u>ORDER</u> |

This matter having been opened to the Court by the United States (Paul J. Fishman, United States Attorney, by Philip James Degnan, Assistant U.S. Attorney, appearing), for an Order REMANDING the defendant James Tyler, and for good and sufficient cause shown

It is on this 7th day of September, 2010

ORDERED: That the defendant James Tyler shall now be released from the U. S. Marshal Service from serving his one day of incarceration; and

IT IS FURTHER ORDERED that, upon release from imprisonment, defendant James Tyler shall be placed on supervised release for a term of three years to commence as of the date of the execution of this Order;

IT IS FURTHER ORDERED that defendant James Tyler shall refrain from the commission of any other criminal offenses and shall advise the U.S. Probation Office, District of New Jersey of any change in his residential address during that three-year period; and

IT IS FURTHER ORDERED that defendant James Tyler's three-year term of supervised release shall be low intensity or without reporting requirements.

_____
HON. STANLEY R. CHESLER
United States District Judge