PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James Tyler

Cr.: 03-CR-603

Name of Sentencing Judicial Officer: The Honorable Stanley R. Chesler

Date of Original Sentence: 8/2/2004

Original Offense: Possession and Affecting Commerce of a Firearm, in violation of Title 18: U.S.C.§ 922(g)(1) & 2

Original Sentence: 46 months imprisonment, followed by 3 years supervised release with special conditions for drug testing and treatment, financial disclosure and to pay a $2,000 fine and $100 Special Assessment

Date of 1st Violation Sentence: 7/22/2009

Violation Offense: Failure to Notify USPO of a Change of Address, Failure to Appear for Drug Testing, Failure to Submit Monthly Supervision Reports

Violation Sentence: Time Served (one month) followed by 2 years supervised release, with special conditions to obtain and maintain employment, and all other conditions as originally ordered on 8/2/2004.

Date of 2nd Violation Sentence: 3/30/2010

Violation Offense: Failure to Comply with Halfway House Regulations, Failure to Maintain Employment, Positive Urine Tests.

Violation Sentence: 2 years supervised release term of 7/22/09 continued and another 3 month halfway house term ordered as a condition. All other special conditions from 8/2/2004, and 7/22/09 remain.

Date of 3rd Violation Sentence: 09/07/2010

Violation Offense: Failure to Report

Violation Sentence: Time Served (one day) followed by 3 years supervised release with the supervision term to be non-reporting or low intensity, and report any change of address to the U.S. Probation Office in the District of New Jersey

Type of Supervision: Supervised Release
Assistant U.S. Attorney: Nelson Thayer

Date Supervision Commenced: 11/14/06
Defense Attorney: Brian Reilly, AFPD

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

PROB 12C - Page 2
James Tyler

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the mandatory supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On December 13, 2012, Mr. Tyler was arrested by New Jersey Transit Police and charged in Bordentown with theft of services and hindering apprehension. |
| 2 | The offender has violated the mandatory supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On December 17, 2012, Mr. Tyler was arrested by Trenton Police and charged with simple assault. |
| 3 | The offender has violated the mandatory supervision condition which states '**As a condition of supervision, you are instructed to pay a fine in the amount of $2,000.**' |
| | Tyler has failed to make fine payments and has an outstanding fine balance of $1,827.89. |
| 4 | The offender has violated the standard supervision condition which states '**You shall notify the probation officer within 72 hours of any change of residence or employment.**' |
| | On December 13, 2012, when Tyler was arrested by New Jersey Transit Police he reported a home address of 620 West State Street, Apartment 5C, Trenton, New Jersey. |
| | On December 17, 2012, Tyler reported to Trenton Police his home address is 737 Stuyvesant Avenue, Trenton, New Jersey. |
| | Tyler reported to the Probation Office that his home address is 3114 West Montgomery Avenue, Third Floor, Philadelphia, Pennsylvania. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Karen L. Merrigan
U.S. Probation Officer
Date: 12/18/12

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

12/26/12
Date