UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :  Hon. Stanley R. Chessler

v.  :  Crim. No. 03-603

JAMES TYLER  :  <u>ORDER</u>

This matter having come before the Court on the petition of the United States Probation Office for a hearing regarding the failure of defendant James Tyler (John Yauch, AFPD, appearing) to comply with certain conditions of supervised release imposed on August 2, 2004 and most recently modified on September 7, 2010; and defendant having waived the hearing as to the petition and having admitted to violating the condition that required that defendant not commit another federal, state, or local crime, and the Court having concluded that defendant James Tyler has violated the aforementioned condition of his supervised release; and for good cause shown;

IT IS on this __18__ day of January 2013,

ORDERED that the term of defendant's supervised release sentence is hereby continued pending sentencing on the violation, which has been scheduled for February 21, 2013; and

IT IS FURTHER ORDERED that defendant is to comply with any and all requests by the United States Probation Office, including but not limited to, providing his Probation Officer with proof of his current employment as well as a birth certificate or Social Security card confirming his true identity.

HONORABLE STANLEY R. CHESLER
United States District Judge